03-15-00307-CR

June 2, 2015

Re:  State of Texas vs. Randy Lin Ates, D-1-DC-06-302099

Dear Mr. Kyle,

I have received your letter regarding the reporter's record being overdue in this case.   Although I was not the court reporter in the 299th District Court in 2006 when this case was filed, I have not been contacted to prepare this record by anyone.  I would have forwarded all requests to the court reporter who was here at that time had I received such request.


Thank you.


Angela Chambers